```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14003
   RONALD A NUNZIATO
   SHELLEY S HOHM                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0502    SSN XXX-XX-5323

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/03/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

     The case was converted to chapter 7 after confirmation 12/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
ROUNDUP FUNDING LLC      UNSECURED          2425.21           .00             .00
ROUNDUP FUNDING LLC      UNSECURED         15045.55           .00             .00
AMERICAN CHARTERED BANK  CURRENT MORTG          .00           .00             .00
CHRYSLER FINANCIAL SVC A SECURED VEHIC         .00           .00             .00
CHRYSLER CREDIT          UNSECURED              .00           .00             .00
DEUTSCHE BANK            NOTICE ONLY     NOT FILED           .00             .00
HOME LOAN SERVICES       CURRENT MORTG          .00           .00             .00
HOME LOAN SERVICES       MORTGAGE ARRE    12467.44           .00        12467.44
AMEX                     UNSECURED       NOT FILED           .00             .00
ROUNDUP FUNDING LLC      UNSECURED          2847.32           .00             .00
BANK OF AMERICA          UNSECURED       NOT FILED           .00             .00
CAPITAL ONE              UNSECURED         15286.97           .00             .00
CAPITAL ONE              UNSECURED          4424.17           .00             .00
CAPITAL ONE BANK         UNSECURED       NOT FILED           .00             .00
CAPITAL ONE BANK         UNSECURED       NOT FILED           .00             .00
CAPITAL ONE              UNSECURED         11659.95           .00             .00
ECAST SETTLEMENT CORP    UNSECURED         23981.71           .00             .00
CLERK OF THE CIRCUIT CT  UNSECURED       NOT FILED           .00             .00
PORTFOLIO RECOVERY       UNSECURED         30108.09           .00             .00
FIRST PREIMER BANK       UNSECURED       NOT FILED           .00             .00
GE MONEY BANK            UNSECURED          6427.02           .00             .00
ECAST SETTLEMENT CORP    UNSECURED          4286.62           .00             .00
GEMB SAMS                UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORP    UNSECURED          2197.91           .00             .00
HSBC NV                  UNSECURED       NOT FILED           .00             .00
BEST BUY/HSBC            UNSECURED       NOT FILED           .00             .00
ECAST                    UNSECURED          1070.63           .00             .00
JAGUAR CREDIT            UNSECURED          4640.03           .00             .00
RESURGENT CAPITAL SERVIC UNSECURED         17972.22           .00             .00
NEW CENTURY MORTGAGE COR UNSECURED       NOT FILED           .00             .00
NICOR GAS                UNSECURED       NOT FILED           .00             .00
RIVERSIDE MEDICAL SC     UNSECURED           316.20           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14003 RONALD A NUNZIATO & SHELLEY S HOHM
```

```
TALBOTS                   UNSECURED       1889.77              .00            .00
TARGET                    UNSECURED     NOT FILED              .00            .00
BUREAUS                   UNSECURED     NOT FILED              .00            .00
TRI STATE ADJUSTMENT      UNSECURED     NOT FILED              .00            .00
AT&T UNIVERSAL            UNSECURED     NOT FILED              .00            .00
ROUNDUP FUNDING LLC       UNSECURED       8209.44              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       4494.15              .00            .00
WILSHIRE CREDIT CORP      UNSECURED     NOT FILED              .00            .00
CAPITAL ONE               UNSECURED       1179.44              .00            .00
ECAST SETTLEMENT CORP     UNSECURED       1137.00              .00            .00
ECAST SETTLEMENT CORP     UNSECURED      14733.38              .00            .00
ECAST SETTLEMENT CORP     UNSECURED       1747.61              .00            .00
DEBRA J VORHIES LEVINE    DEBTOR ATTY    2,814.00                         2,814.00
TOM VAUGHN                TRUSTEE                                         1,238.56
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             16,520.00

PRIORITY                                              .00
SECURED                                         12,467.44
UNSECURED                                             .00
ADMINISTRATIVE                                   2,814.00
TRUSTEE COMPENSATION                             1,238.56
DEBTOR REFUND                                         .00
                    ---------------       ---------------
TOTALS              16,520.00                   16,520.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 03/18/09                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE